H. RAYMOND CAIRNCROSS, ET AL, *Appellants,* v. WILLIAM
A. BAIN ASSOCIATES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 89-2-08465-1, James D. McCutcheon, Jr., J.,

entered July 19, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Forrest, J.